# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **YOUSEF OMAR BARASNEH** | CASE NUMBER **20-mj-861** |

| | |
|---|---|
| HONORABLE WILLIAM E. CALLAHAN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Amanda Chasteen | Hearing Began: 2:35:25 PM |
| Hearing Held: January 17, 2020 at 2:30 PM | Hearing Ended: 3:06:26 PM |

**Appearances:**
UNITED STATES OF AMERICA by: Ben Proctor
YOUSEF OMAR BARASNEH, in person, and by: John Campion ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Jesse Sorkness
INTERPRETER: ☑ None ☐ Sworn

- ☑ Defendant advised of rights
- ☑ Court orders counsel appointed
   - ☐ Defendant to reimburse at $ Amount per month
- ☑ Defendant advised of charges, penalties, and fines
- ☑ **Preliminary Hearing/Arraignment and Plea TO BE SET**

Maximum Penalties: GOVT speaks to charges and possible penalties.

**BOND**

GOVT seeking detention

- Speaks to evidence collected as to deft. Neo-Nazi groups, and is active on message boards. Has attended firearms training with fellow members of hate groups.
- When deft was arrested today, in his home, in his bed, deft had a loaded firearm next to him. Deft does pose a safety risk to the community and should be detained.
- If deft is released, requesting deft be placed on home detention.

PTS recommends release with condition

DEFENSE argues for release with conditions

- Deft is employed part-time, and resides with his parents. His mother would be willing to act as a third custodian.
- Deft has no criminal history, and has deep roots in the community. Does think there are conditions of release that can overcome the govt's concerns.
- Proffers GPS monitoring, and is agreeable to having an exclusion zone set.

COURT statements to defendant prior to ruling

- Speaks to the factors that dictate detention.
- Orders deft be released with conditions.