WIC

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT-WI
FILED

for the

Eastern District of Wisconsin **2020 JAN 24  A II: 46**

STEPHEN C. DRIES
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  20m 861 |
| YOUSEF OMAR BARASNEH | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     YOUSEF OMAR BARASNEH ; DOB xx-xx-1997                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 241 Conspiracy against rights

Date:  January 16, 2020

_____
*Issuing officer's signature*

City and state:  Milwaukee, Wisconsin

William E. Callahan
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1-16-20   , and the person was arrested on *(date)*  1-17-20<br>at *(city and state)*   Oak Creek, WI   . |
| Date:  1-24-20                          _____<br>                                                             *Arresting officer's signature*<br><br>                                                             Jessica M Krueger, Special Agent<br>                                                             *Printed name and title* |

Case 2:20-cr-00026-PP-NJ   Filed 01/17/20   Page 1 of 1   Document 6