# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

**ARRAIGNMENT AND PLEA MINUTES**

v.

CASE NUMBER **20-CR-26**

**YOUSEF OMAR BARASNEH**

---

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Amanda Chasteen | Hearing Began: 10:01:21 AM |
| Hearing Held: February 6, 2020 at 10:00 AM | Hearing Ended: 10:14:55 AM |

**Appearances:**

UNITED STATES OF AMERICA by: Adam Ptashkin for Benjamin Proctor
YOUSEF OMAR BARASNEH, in person, and by: John Campion    ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik

---

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | April 14, 2020 | District Judge: | Pamela Pepper |
| Plea Deadline: | | Bond Judge: | Nancy Joseph |
| Final Pretrial Report | | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | March 18, 2020 at 10:15 AM | Motions Due: | February 21, 2020 |
| Jury Trial Date: | April 13, 2020 at 8:30 AM | Responses Due: | March 2, 2020 |
| Trial Length Estimate: | 4 days | Replies Due: | March 9, 2020 |

---

☑ Defendant advised of rights
☑ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant   ☐ the court
☑ Open file policy applies
  Discovery available: Parties reviewing protective order language, anticipate filing motion today, and then providing discovery
☑ Government to disclose grand jury materials one day prior to trial

☐ Oral Motion for Complex Designation
  ☐ Granted   ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Nancy Joseph

---

Maximum Penalties: **Count 1:** SENT: 10 years; FINE: $250,000; SR: 3 years; SA: $100

GOVT there are some outstanding audio and video files, and will be produced as soon as available

DEFENSE requests that the level of L/M be reduced to curfew status

COURT reviews for the record the bond study and the Order Setting Conditions of Release
- Orders that L/M be reduce to curfew status as directed by Pretrial Services
- All other conditions of release are still in effect