# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

March 12, 2020

Nancy Joseph
U.S. Magistrate Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:  *United States v. Barasneh*
     Case No. 20-CR-26

Dear Judge Joseph:

Assistant United States Attorney Benjamin Proctor has informed me that the government does not oppose Mr. Barasneh's second motion for an extension of time to file pretrial motions that filed yesterday (Doc. #18).

Thank you for your attention to this matter.

Sincerely,

s/ John W. Campion
John W. Campion

JWC/jmb