# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 8, 2020

Honorable Pamela Pepper
US. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:     *United States v. Yousef Barasneh*
        Case No. 20-CR-26

Dear Judge Pepper:

On March 18, the Court ordered that by May 8, 2020, the parties file a status report, indicating to the court their anticipated next steps.

I can report that the parties have communicated during the last month, particularly in the last several weeks, with the goal of resolving this case short of a trial. The parties believe we are moving well toward that goal. The government has provided defense counsel with a proposed plea agreement along with its view of the case. In turn, defense counsel has discussed some of its objectives with the government. Both sides have acted in accordance with these intentions. As Mr. Barasneh's counsel, I informed Assistant United States Attorney Ben Proctor that it is reasonable to believe we will have a signed plea agreement in three weeks.

Accordingly, I ask the Court to extend by three weeks, that is, until May 29, 2020, its order to either file a plea agreement or set forth in a letter to the Court what is the status of the case.

Milwaukee · Madison · Green Bay

FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.

Honorable Pamela Pepper
May 8, 2020
Page 2


I thank the Court for its attention to Mr. Barasneh's case.


Sincerely,


s/ John W. Campion
John W. Campion

JWC