UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*　　　　　　　　　　　　　　　　　　Case No. 20-CR-26

YOUSEF BARASNEH,

    *Defendant.*

## UNOPPOSED MOTION TO ADJOURN SENTENCING HEARING

Yousef Barasneh moves this Court to remove from the Court's calendar the November 23, 2020, sentencing hearing, and to schedule the case for a date that the parties are to inform the Court of the status of the case and to address further scheduling. The government, through Assistant United States Attorney Ben Proctor, is in agreement with this motion.

As grounds for this motion, the parties state that both the government and defense counsel continue to investigate and gather information very relevant to Mr. Barasneh's sentencing, and that this process cannot be concluded prior to November 23, 2020. Additionally, at this time, the parties cannot be certain how long this process will take, so the parties request that the Court schedule the matter for a date within the next month or so that the parties are to inform the Court of the status of the case and to address further scheduling.

*Federal Defender Services*
*of Wisconsin, Inc.*

Dated at Milwaukee, Wisconsin, this 12th day of November, 2020.

Respectfully submitted,

*/s/ John W. Campion*
John W. Campion, WI Bar #1002697
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: john_campion@fd.org

*Counsel for Defendant, Yousef Barasneh*