# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

December 18, 2020


Honorable Pamela Pepper
US. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Yousef Barasneh*
      Case No. 20-CR-26

Dear Judge Pepper:

On November 12, 2020, the Court granted Yousef Barasneh's unopposed motion to adjourn the November 23 sentencing hearing. The Court then ordered the parties to file a joint status report by today that informs the Court of the parties' anticipated next steps. At that time, I informed the Court that the parties needed additional time as we continued to investigate and gather information relevant to this case. Yesterday, Assistant United States Attorney Ben Proctor and I spoke further about Mr. Barasneh's case. Based on that discussion and my subsequent conversation with Mr. Barasneh, I provide the Court with this joint status report.

The parties continue to need some additional time to continue working on several matters prior to sentencing. We believe we will be in a better position to provide an updated status or seek to re-schedule the sentencing hearing at a time close to the end of January, 2021. Mr. Barasneh also agrees with this approach.

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Honorable Pamela Pepper
Joint Status Report
December 18, 2020
Page 2

For these reasons, the parties respectfully ask the Court order the parties to again file a joint status report letting the Court know our next anticipated steps or if we need additional time.


Sincerely,


s/ John W. Campion
John W. Campion

JWC