# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

February 1, 2021

Honorable Pamela Pepper
US. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:    *United States v. Yousef Barasneh*
       Case No. 20-CR-26

Dear Judge Pepper:

On December 21, 2020, the Court ordered the parties to file a joint status report by January 29, 2021 informing the Court of the parties' anticipated next steps. On that date, Assistant United States Attorney Ben Proctor and I discussed Mr. Barasneh's case and the joint status report to the Court due that day. Regrettably, I immediately forgot to draft the letter stemming from that discussion. I apologize for the delay in getting this to the Court.

During our call, Mr. Proctor and I discussed the progress that we have made on issues material to the sentencing process and the additional time we believe necessary to complete these tasks. Based on that discussion, I can provide the Court with this joint status report.

The parties continue to need some additional time to complete their work on several matters prior to sentencing. We believe that within 60 days we should be ready to re-schedule the sentencing hearing. Mr. Barasneh also agrees with this approach.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Honorable Pamela Pepper
Joint Status Report
February 1, 2021
Page 2

For these reasons, the parties respectfully ask the Court to order that within 60 days the parties shall obtain a new sentencing hearing date from the Court's chambers or file a joint status report letting the Court know their next anticipated steps and the additional time necessary to complete them.


Sincerely,


s/ John W. Campion
John W. Campion

JWC