# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 28, 2021

Honorable Pamela Pepper
US. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Yousef Barasneh*
    Case No. 20-CR-26

Dear Judge Pepper:

On April 6, the Court ordered the parties to file a joint status report by May 28, 2021, letting the Court know their anticipated next steps and whether we continued to need more time before the Court re-schedules a sentencing hearing. *See* R. 47.

Assistant United States Attorney Ben Proctor and I spoke today about Mr. Barasneh's case and how to address the Court in our joint status report due today. While in early April we thought we would be ready by now to schedule a sentencing hearing, based on our discussions we realize that we are not. That said, we do believe it is reasonable to state that we will be toward the end of summer. Thus, the parties jointly ask the Court to reschedule another status report to the Court in 90 days.

For these reasons, the parties respectfully ask the Court to order that within 90 days the parties shall file a joint status report letting the Court know their next anticipated steps and the additional time necessary to complete them.

Federal Defender Services
   Of Wisconsin, Inc.

Honorable Pamela Pepper
Joint Status Report
May 28, 2021
Page 2

Sincerely,


s/ John W. Campion
John W. Campion

JWC