# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 1, 2021

Honorable Pamela Pepper
US. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Yousef Barasneh*
Case No. 20-CR-26

Dear Judge Pepper:

This letter should serve as the joint status report to the Court due today. Assistant United States Attorney Ben Proctor and I have remained in contact regarding Mr. Barasneh's case and we again agree on how to address the Court. Though this case has lingered in this status for some time, the parties continue to believe that an additional adjournment is necessary to complete the work both of us find necessary. Thus, the parties jointly ask the Court to reschedule another status report to the Court in 90 days.

Additionally, the parties agree and request that for the reasons described herein, under 18 U.S.C. § 3161(h)(7)(A), the Court should find excludable delay the time from September 1, 2021, until the date that the Court orders the parties to file another joint status report as the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Sincerely,

F͟ederal D͟efender S͟ervices
     O͟f W͟isconsin, I͟nc.

Honorable Pamela Pepper
Joint Status Report
September 1, 2021
Page 2

s/ John W. Campion
John W. Campion

JWC