UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 20-CR-26

YOUSEF OMAR BARASNEH,

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is also represented by Assistant United States Attorney Benjamin P. Taibleson.

Dated at Milwaukee, Wisconsin, this 4th day of October, 2022.

                              GREGORY J. HAANSTAD
                              United States Attorney

            By:    *s/ Benjamin P. Taibleson*

                              BENJAMIN P. TAIBLESON
                              Assistant United States Attorney