UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                                 Case No. 20-CR-26

YOUSEF OMAR BARASNEH

                        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the following document with the Clerk of the Court using the ECF system: Notice of Appearance.

Notice of such filing will automatically be sent to the following:

John W Campion
john_campion@fd.org

Dated at Milwaukee, Wisconsin, this 4th day of October, 2022.

                                                  GREGORY J. HAANSTAD
                                                United States Attorney

                          By:    *s/ Benjamin P. Taibleson*

                                                BENJAMIN P. TAIBLESON
                                                Assistant United States Attorney