

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*                                                    *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*                          *Fax (414) 297-1738*
*Milwaukee WI 53202*                          *www.justice.gov/usao/wie*

May 9, 2023

Honorable Pamela Pepper
Chief Judge
United States District Court
Eastern District of Wisconsin
Room 208 Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

> **Re:** *United States v. Yousef Barasneh, 20-CR-26-PP*
> **Joint Status Update**

Dear Judge Pepper:

On February 6, 2023, the Court ordered the parties to file a joint status report by May 12, 2023, advising the court of whether the parties would like a sentencing hearing scheduled or if, instead, the parties need more time.

In short: the parties need more time to continue working on several matters prior to sentencing. The parties continue to work well together on these matters and to gather information that should be useful to this Court at sentencing, and we are grateful to the Court for its patience as we do so.

Accordingly, the parties would ask the Court to set a status date in approximately 90 days. Thank you for your consideration.

Respectfully submitted,

*s/Benjamin Taibleson*
Assistant United States Attorney

*s/John  Campion*
Attorney for Yousef Barasneh